AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the  
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:23-mj-00124-NJK |
| | ) | |
| ERIK ANGUIANO-MOSQUEDA | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | February 14, 2023, at 3:00 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 13, 2023

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge  
*Printed name and title*

x FILED  
ENTERED  
_____ RECEIVED  
_____ SERVED ON  
COUNSEL/PARTIES OF RECORD

FEB 13, 2023

CLERK US DISTRICT COURT  
DISTRICT OF NEVADA  
BY: _____ DEPUTY